UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR DAVID VILLATORO RIVAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-cv-1870 (GMH) |
| ) | |
| MADDY'S LLC *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties have filed a Stipulation of Dismissal, [Dkt. 16], indicating a final settlement of the case and asking for a dismissal with each party to bear its own costs. Accordingly, it is hereby **ORDERED** that this action is **DISMISSED** with prejudice; and it is further

**ORDERED** that the Status Hearing currently scheduled for July 18, 2018, at 10:00 a.m., is hereby **VACATED**.

**SO ORDERED**.

Date: May 3, 2018

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE